UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| L'LONI BUSH-LOMBARDI<br>*Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. _____ |
| | § | JURY |
| JOHNSON CONTROLS, INC.<br>*Defendant.* | § § | |

**EXHIBIT A**
**INDEX OF ALL MATTERS FILED**

A.  Index of All Matters Filed

B.  State Court Pleadings, Other Filings, Orders, and Processes

C.  List of Parties and Counsel

D.  Defendant's State Court Notice of Removal

5